# Williams v. The State.

APPEAL from the City Court of Mobile.

Tried before the Hon. O. J. SEMMES.

CHARLES W. TOMPKINS, for appellant.

CHARLES G. BROWN, Attorney General, for the State.

The appellant, Emma Williams, was indicted, tried and convicted for grand larceny.

Judgment of conviction affirmed.

Opinion by SHARPE, J.